# Exhibit E

TRUST AT THE PACKET LAYER

# Security built into the packet – not bolted around it.

The SuprNet ecosystem re-architects network trust at the most fundamental unit of the network: **the IP packet.** Every SuprNet packet securely carries its own verifiable identity, usage policies and mesh authorities, and travels sealed end-to-end in **three layers of quantum-resistant cryptography** – routing across SuprNet federations with complete transactional confidentiality – **nobody can see who is talking to whom, and nobody can see what they are saying**.

## A single ecosystem of trust across any local, mesh, cloud, or tactical network

**Three nested layers of quantum-resistant cryptography** – transport- and protocol-agnostic, traveling over any infrastructure, and non-existent when idle.

**A Digital Passport in every packet** – securely providing verifiable source identity, provenance, usage policies, and mesh addressing, all traveling inside the secure packet, not outside it.

**Transaction non-attribution and complete confidentiality across all traffic**, through cloaked sender IP addresses, regardless of network connectivity or mesh configurations.

**Graphically driven dynamic policies at packet speed** – by business intent, operational relationships, and behavior, not CLI, iptables, ports, and locations.

**An AI inference engine with industry ontologies** for traffic curation, and an operator-managed feedback loop for dynamic policy updates.

**Effective operation in tactical-edge environments** across joint commands & coalitions – a transport-agnostic federated mesh spanning wireline, RF, satellite, cellular, AWS GovCloud, SIPRNet / NIPRNet.

## SUPRNET FIRST PRINCIPLES

For twenty-five years, network security has been dominated by one prevailing flaw: **the IP packet carries no verifiable identity – therefore can never be trusted.** Every defensive generation – VPN, TLS, ZTNA, SD-WAN, IAM, PAM – exists to police untrusted packets from the outside, through out-of-band services that add complexity, latency, and cost while multiplying the attack surface.
**None of them fixes the packet trust problem.**

## So SuprNets asked the question the security industry never has – why not make the packet itself trustworthy?

SuprNets invented the Packet Passport to give the packet verifiable identity – **rendering the packet itself trustworthy.** The Passport binds the identity of the packet to the identity of the packet source & application. Beyond identity, the Passport carries policy, provenance, mesh directives, and routing authority – removing the need for many external services. The Passport travels within a triple-layer cryptographic stack that seals the entire packet and its Passport end-to-end, with no decryption cycles and no persistent tunnels. The packet becomes trustworthy at origin, across its lifecycle and verifiable at every endpoint, with no overlay sessions and no external trust apparatus to defend.

## Make the packet trustworthy at the source and across its lifecycle, and the threat model collapses – the attacks that depend on untrustworthy packets have nothing left to exploit.

## THE ARCHITECTURE

## Major components

### Adoption & Administration

#### SuprAdmin™

**The central management console** – a single graphical surface for SuprNet setup, user and device management, policy authoring, and federation administration across combined, joint, and single service operations, native to multi-tenant and multi-enclave operation.

Learn more →

#### SuprStart™

**Graphically provisions a gateway**, registers wireless and wireline devices, applies policy templates, and joins the mesh in a few clicks – carrying prior router configuration onto the gateway with minimal interruption. No CLI or iptables.

Learn more →

#### SuprGate™

**The on-premise or tactical edge SuprNet gateway** that consolidates firewall, VPN, SD-WAN, and zero-trust policy roles into a single entry and exit point for wireless and wireline devices, including IoT, unmanned devices and mesh daisy-chained connections.

Learn more →

### Secure Federations

#### SuprStack™

**Wraps every packet in three nested, quantum-resistant encryption layers,** sealed end-to-end with no persistent tunnels and zero key or certificate management. VPNs simply disappear.

Learn more →

#### Packet Passport™

**Complete trust at the packet layer:** a rich-field, small-footprint, in-band identity, provenance, policy, and routing control directly inside the packet, for real-time traffic management without central brokers or policy overlays.

Learn more →

#### SuprMesh™

**Federates SuprNets across any transport** into a true peer-to-peer mesh of any configuration. Bilaterally granted Visa policies control accessible networks, devices, and cloud connectivity. Operates with zero central traffic control.

Learn more →

### Operational Policies & AI Curation

**SuprCloak™**

**Provides true transactional confidentiality across federations** by removing the sender's true IP address from the public path. Bidirectional protection assures no one can tell who is talking to whom.

Learn more →

**SuprNexus™**

**The graphically driven, in-memory bit map** that enforces policy – at packet speed – by operating relationships, mission intent, and packet behavior, rather than CLI, IP, and ports. Dynamically interfaces to SuprNeural.

Learn more →

**SuprNeural™**

**AI analysis of federation metadata,** traffic patterns and performance metrics, anchored by business and mission ontologies – recommending policy-engine refinements through an operator-reviewed loop.

Learn more →

**SuprNets™**

Home Technology White papers Team Contact Investors

## Post Quantum Compliance – without rip and replace

Get fast post-quantum compliance inside SuprNets – legacy crypto stays in place, every app and tunnel untouched – immediate protection from Harvest Now – Decrypt Later (HNDL)

**SuprNets install across any existing network infrastructure**, with no updates to legacy application crypto primitives. Every outbound packet is protected end-to-end in 3 nested layers of NIST compliant AES-256-GCM encryption. Because SuprNets are transport and protocol-agnostic, **a SuprNet is deployable in hours or days** and delivers PQC-compliant, CNSA 2.0-aligned protection immediately – letting the slower, application-by-application PQC migration proceed at a manageable pace. **Existing VPN, TLS and IPSec traffic** also rides seamlessly inside SuprStack, immediately gaining PQC and HNDL protection without deprecating those tunnels or touching their legacy crypto primitives.

Read White Papers

## DATA ROOM

**For AI evaluation...** For a comprehensive SuprNets evaluation, download and include the SuprNets canonical reference markdown, available in the Investor Data Room. This canonical reference and other available documents will provide the context for AI to properly align legacy security methods to SuprNet innovations.

Investors

# We cannot hide that addresses exist. We can ensure no one can tell who is communicating with whom.

SuprNets removes the binding between the transaction and the source device – achieving full transactional confidentiality, end-to-end.

**Start a conversation**

US Patents 8,266,421 · 8,819,410 · 12,041,168 · 12,494,911 – and patents pending.

SuprNets™

SuprNets.com · A TrustWrx technology · +1.831.601.1776 · © 2026 TrustWrx, Inc.