# Exhibit F

TrustWrx

## The SMB Security Solution for Managed Services Providers



# Newsletter to TrustWrx Stakeholders

**July 16, 2024**

From George Sidman, CEO

This newsletter will bring TrustWrx stakeholders current with our focus on the rapidly evolving Internet security needs of the Managed Service Providers (MSPs) that support the IT needs of small and medium sized businesses (SMBs) – needs brought to the forefront by the pandemic and the shift to working from home.

## NEWS FLASH…!! Google Joins TrustWrx Patent Licensees

We are very pleased to announce that in June we finalized a patent licensing agreement with Google. They join with Amazon, Apple and Microsoft as licensees of our patents. We informed Google nearly two years ago that a number of their products were infringing our patents. After a great deal of internal patent analysis and pushback, they finally agreed to purchase a license.

Our thanks go to Kirk Anderson of BUDO Law for persistently pursuing these licenses, despite how arduous and long the process can be. Under the terms of the Google license agreement, we are restrained from publicly disclosing the details or dollar amount of the deal. However, this deal brings our total revenue from patent licenses to date to just over $1.6 million. After the lawyers take their bite, we keep approximately 60%.

## SuprNet™ – The new brand name for the Trustwrx solution

While we believe that TrustWrx is a great company name, we have always felt that our solution needed its own product branding. For more than two years we have been searching for a brand name for our secure network technology. Finally, after testing and rejecting many candidates, we discovered the name, **SuprNet**. It is derived from an early Internet concept, "supernets", that never got any market traction. The description of those supernets is precisely what TrustWrx accomplishes – the aggregation of subnets and other devices into a larger network. Over the past few weeks, we have been testing the new name and are very happy that it contributes a great deal to our dialog. We have secured the domain name, SuprNet.com, and have applied for the trademark.

## New Patent is Issued – Protecting the Concept of Identity Passports for IP Packets

**US Patent 12041168**

We are pleased to announce that the Patent Office has approved our new patent that attaches identity Passports to all packets moving within our SuprNets, and also protects other critical related elements. We filed for this patent last summer, under their accelerated approval program. Data packets are the means by which your information travels over the Internet. Until now, individual packets have had no verifiable identity, a glaring security gap that fuels much of the bad stuff on the Internet. For the first time, individual data packets will carry a passport (just like a traveler's passport) that verifies the packet identity at all endpoints. Our patent attorney, Mike Mallie and his team, did an excellent job in putting this very complex patent together. This is a comprehensive and valuable patent that protects many innovative elements of the SuprNet solution, not only the Passport concept.

### Death of Ken Stilwell, our Chief Technology Officer

It is with great sadness that we report that Ken Stilwell, our CTO, passed away on May 9, after brief bout with cancer. As a valued colleague and a good friend, he will be missed. He is survived by his wife, Kathy Stilwell.

The loss of Ken and his very deep involvement in our technology development created a problematic gap from which we have now fully recovered. Ken was a part owner of a software development company India, Indapoint, that has been providing software development services to TrustWrx since mid-2022, under very favorable terms. Our attempts to establish a direct working relationship with that company, which is also recovering from Ken's death, have not been successful. As a result, we have terminated that relationship and are moving our future software development efforts back to the west.

### Technology Development Progress

**The Base Trustwrx Communication Technology** TrustWrx SuprNets are based on a unique triply-encrypted communications channel that integrates many new innovative elements to improve Internet security. During 2023, that fundamental technology was developed in India by a

© 2024 TrustWrx, Inc.

company called Akhila Labs, working closely with Ken's company. It has achieved successful alpha testing via an independent company in India. Unfortunately, its release for internal beta testing coincided with Ken's illness and death. The project stalled during that period but has now been brought back on track by Marc Warshaw, a long-standing TrustWrx technical advisor, who has stepped in, recovered the software and is in the process of structuring it for our in-house test phase, and integration into other software under development.

**The QuickStart Program** On June 1, we let a 90-day contract to a development company, Fulcrum Technologies, to develop a critical installation component of the SuprNet solution. Fulcrum's headquarters and project management are in New York, but their developers are in the Philippines. **QuickStart** is a program that facilitates the easy installation of a SuprNet Gateway onto an existing network. Installing a new piece of network equipment is an onerous task that nobody likes, and having a means to make that task much easier will be a major selling advantage. We were surprised that nobody had developed such a product before, and believe that it may have broad application for many other purposes.

### Changing Market Requirements

We first conceived the SuprNet technology prior to the pandemic. At that time, the main company mission was to provide a more powerful networking solution to replace VPNs and dramatically reduce the SMB customer workload on Managed Service Providers (MSPs.) However, as a result of the new hybrid workforce that came out of the pandemic, new requirements emerged that broadened the scope of the MSPs needs to service their customers. Securing the communications of the hybrid worker at home and on the road has become a critical factor now, because more than 70% of the threats, like ransomware, are being funneled via the home to the main office servers. A small professional business that suffers a ransomware attack has a 60% chance of being out of business within six months.

The SuprNet technology is the ideal solution for the remote worker. To meet this opportunity, we had to broaden our scope, adding secure federated networking to our encrypted pipeline. Under SuprNet federations, the workers at home and on the road will be able to join the company network, while making their home network, and their mobile devices, equally secure. In order to make secure federations work, we also had to add to the secure pipeline a new method for managing the granular relationships between computers, devices, applications, etc. to replace the previous and entirely unsuitable router table methods. Given the shifting market conditions, we don't believe we would be very attractive in the market without these additional features. Many of them are protected under the new patent.

We have designed these additional components and are preparing to integrate their development into the overall SuprNet technology. There is no competing solution to this problem in the MSP market today, and MSPs are desperate for a fix.

© 2024 TrustWrx, Inc.

### The Financial Picture

2023 was a very tough year for startups trying to raise capital. It appears that the markets have eased in 2024 and the availability of seed capital seems much stronger. We continue to pursue a $1 Million seed round and are working with various parties whose capital raising track records are very strong. Even though cybersecurity is the second hottest investment ticket, behind AI, finding investors that can understand TrustWrx and our SuprNets has proven difficult. Fortunately, our revenues from the patent license sales have provided a runway that will carry the company for more than a year. During that period, we intend to complete the development of our major software modules and engage a number of Managed Service Providers as early adopters.

**Overall, this has been year of mixed fortunes.** Market conditions continue to improve in our favor, as the security problems are only getting worse. Small companies are under increasing threats and the need for much better security technologies is getting a lot of strong press.

Please feel free to contact me directly if you wish additional information.

**George Sidman, CEO**
sidman@trustwrx.com
+1 .831.601.1776

© 2024 TrustWrx, Inc.