# Exhibit G

## The SMB Security Solution for Managed Services Providers



# Newsletter to TrustWrx Stakeholders

**June 20, 2023**

From George Sidman, CEO

This newsletter will bring TrustWrx stakeholders current with our focus on the rapidly evolving Internet security needs of the Managed Service Providers (MSPs) that support the IT needs of small and medium sized businesses (SMBs) – needs brought to the forefront by the pandemic.

These are tough times for startups trying to raise capital. Angel and Seed stage investing is at a ten-quarter low, and many Venture Capitalists are keeping their powder dry for better times. Family office investing has also fallen of dramatically, due to the high vacancy rate of commercial real estate that is driving a property sell off, but finding very few buyers.

Regardless, our very good fortune at selling patent licenses has enabled us to steam ahead with our technology development. We have discovered and documented new and significant features that elevate the value of the TrustWrx solution and are the subject of new patents.

### Technology Development

Last August we engaged a company in India to develop the software for the Gateway. This requires very specialized talent that knows the internals of routers. Unfortunately, and in spite of looking very good at the outset, the company we contracted with turned out to be the wrong people. They chose to argue with us over encryption and other technical issues and failed to deliver a spec on time that met our requirements. After 4 months of wasted time, they delivered a quote that was unacceptable. We terminated the agreement around Christmas.

© 2023 TrustWrx, Inc.

It took another month to find the right company, Akhila Labs, which we engaged in late January. They have turned out be outstanding development partners. As a result, we are now at Alpha testing with the base communication and encryption technology. Concurrently, our development team in India, Indapoint, that is held by our CTO, Ken Stilwell, has also been at work on the administrative software, which is the customer accounts, web site, payment gateway, etc. The two companies are working together to integrate the complete solution. We expect these two efforts to culminate in a Beta test product very soon.

### First Beta Test Customer

For the past year we have engaged the advisory services of Richard Randle, who is the CIO of Millennium Business Solutions. Millennium is a leading Managed Services Provider (MSP) in the LA region. His input has been valuable as we develop our solution to meet the specific functions that MSPs need to provide to their SMB customers better security and compliance with newly mandated security requirements. Millennium will be our first Beta Test customer.

### Investment Efforts

The dramatic affect that the pandemic had on the work-from-home dynamic and the security problems it created has helped us shape our business model and our technology to meet the new market demands. It, and the inflationary recession, has also created a considerable amount of pullback across the investment community. As a result, raising capital has become much more difficult. Early-stage investing is declining from its peak in January, 2022.




In April, we launched three focused financing campaigns.

1. The first is Funden in San Francisco. Their focus is the community of Venture Capitalists (VCs) focused on technology startup companies. Our offering is posted on the Funden web site and has been seen by approximately 100 VCs. From that we got a few nibbles but no takers. 18 VCs responded with interest, and asked us to circle back when we have customers and revenues. This is now the default posture of startup VCs. They want the startup to develop the technology, sign up customers, and generate revenues. The days of a VC taking the time and effort to understand a company, its people, technology, and markets, pre-revenue, are over. They might put up money after the hard work is done.
2. The second is the Starlight Conference where we presented to over 200 private equity investors in an online venue. That brought a very strong interest from a Chicago investment firm. After a few conference calls, they also asked us to come back to them when we have revenues.

© 2023 TrustWrx, Inc.

It also sparked interest from a company that has a complementary security technology. We are in ongoing talks with them about a marketing partnership. From that also came an introduction to Finis Conner, the inventor of the 5 ¼" disk drive and founder of Shugart and Connor Peripherals. I had met Finis in 2006 and pitched WebLOQ to him, the company from which the TrustWrx technology evolved. He is extremely interested in TrustWrx, and we are working to draw him closer. Finis is very well connected across the technology and investment communities.

3. The third is an investment advisory firm in Toronto, called NextRound, that focuses exclusively on family offices and private investors. They have been very diligent in pursuing their Rolodex, which has resulted in a few indications of interest. However, the recent recession and the vacancy problems of the commercial real estate industry has them all hustling to divest of commercial properties, and they are finding no buyers. The feedback from them has consistently been to defer interest until the real estate situation settles down.

### Patent Licensing Activity

The revenue from the patent licenses to Amazon and Apple has underwritten our software development to date. We continue to pursue similar licensing opportunities with Microsoft, Google and others. They have proven to be more reticent to enter into settlement discussions, but our attorney is persistent, and we are exploring alternative programs to offer them.

### New Patents

We filed the provisional patent on our Identity-Aware Framework (IAF) last July. The patent office gives applicants 12 months to turn the provisional filing into a final patent, which we are now preparing to file. We are also preparing to file another provisional patent on an extension of the base technology. The new patent protects our federated networking method that securely connects two TrustWrx networks together to securely exchange traffic. This will allow a small business to protect not only their inhouse computers, databases and applications, but the computers and devices at the homes of the hybrid workforce.

### Dan Corcoran Joins the Management Team as Chief Security Officer



Dan has been our Senior Security Advisor from the very early days and his contribution has been significant. To strengthen our management team and fill a position that is critical to any security company, he has now become our Chief Security Officer. We first met Dan back in 2009 when he conducted a WebLOQ private email pilot project while head of security at the now infamous Silicon Valley Bank. Dan is a highly seasoned security professional with prior senior security positions in major corporations. He has long been a strong supporter of TrustWrx, and we welcome him to the management team.
Dan's bio can be viewed on the TrustWrx web site.

**George Sidman,** CEO
sidman@trustwrx.com
+1 .831.601.1776

© 2023 TrustWrx, Inc.