# Exhibit H

TrustWrx

**The SMB Security Solution for Managed Services Providers**



# Newsletter to TrustWrx Stakeholders

**December 18, 2023**

From George Sidman, CEO

This newsletter will bring TrustWrx stakeholders current with our focus on the rapidly evolving Internet security needs of the Managed Service Providers (MSPs) that support the IT needs of small and medium sized businesses (SMBs) – needs brought to the forefront by the pandemic and the shift to working from home.

## NEWS FLASH…!! Microsoft Joins TrustWrx Patent Licensees

We are very pleased to announce that in mid-December, we entered into a patent licensing agreement with Microsoft. They join with Amazon and Apple as licensees of our patents. We informed Microsoft nearly two years ago that a number of their products were infringing our patents. After a great deal of internal patent analysis and pushback, Microsoft finally agreed to purchase a license. These licenses essentially protect them and their subsidiaries from being sued by us for patent infringement.

Our thanks go to Kirk Anderson of BUDO Law for persistently pursuing these licenses, despite how arduous and long the process can be. Under the terms of the Microsoft license agreement, we are restrained from publicly disclosing the details or dollar amount of the deal.

© 2023 TrustWrx, Inc.

## New Innovations & Patents Activity

**Our overall mission** to improve Internet security continues to lead us to the discovery of serious technology gaps and innovation opportunities across the aging base technologies that drive the Internet we use today. Unfortunately, as originally designed, the Internet was never intended to be private or secure. Most current methods and protocols are more than thirty years old. While many parts of the Internet have evolved, the underlying security technologies have lagged way behind. It is into those obvious gaps that TrustWrx finds opportunities for improvements.

**Giving Internet Packets a Passport** In July, we filed a new patent on our base technology that attaches a **digital Passport** to Internet traffic that moves over a TrustWrx protected network. Data packets are the means by which your information travels over the Internet. Until now, individual packets have had no verifiable identity, a glaring security gap that fuels much of the bad stuff on the Internet. For the first time, individual data packets will carry a passport (just like a traveler's passport) that verifies the packet identity at all endpoints. We opted for an accelerated program offered by the US Patent Office that completes the approval process within twelve months.

**TrustWrx Network Federation** We are also preparing to file an additional provisional patent that will protect our **federated networking method** that securely connects multiple TrustWrx networks together to securely exchange traffic across connected homes or companies without touching or incurring the costs of cloud services.

**TrustWrx Packet Policy Management** The other upcoming application covers new designs for a very user-friendly method to manage the relationships between computers, devices and the open Internet. This new facility will replace a very limited and clunky 25-year-old technology that currently dominates the control and management of Internet traffic, and is the exclusive domain of highly trained technical engineers. The new TrustWrx system will allow network managers of any skill level – from the highly-trained technician, to professional office managers and even Grandma – to manage the relationships and connectivity between their network computers and IoT devices, and the open Internet.

## Technology Development

Early this year we engaged a software development company in India to develop the base technology that goes inside our router to manage the uniquely encrypted TrustWrx solution. Unfortunately, they under-estimated the scope of the project, and have struggled with the challenges of multiple layers of encryption that our technology requires. That required extending the timing of their contract by a few months. In October they delivered the first release for internal testing. Some parts were incomplete, and we continue to work with them to finalize a product that will be ready for beta testing by selected Managed Service Providers.

© 2023 TrustWrx, Inc.

Concurrently, our development team in India, Indapoint, that is held by our CTO, Ken Stilwell, has also been at work on the administrative software, which is the customer accounts, web site, payment gateway, etc. The two companies are working together to integrate the complete solution. We expect these two efforts to culminate in a Beta test product very soon.

### Seed Round Funding Efforts

During 2023 we launched three separate funding campaigns to raise one million dollars. All three did turn up investor interest and two of those progressed into early due diligence. Neither of those survived due to a mismatch for various reasons. We continue to work with a broker in Toronto, who has been continuously making good connections for us. We are actively working two of his family office clients, but are currently on hold for the holidays.

### Tough Financial Market Conditions

This has been a very tough year for startups trying to raise capital.
According to recent online reports,

> **"Approximately 3,200 U.S. venture-backed companies have closed in 2023, raising concerns among investors about the broader impact of the tech industry's downturn. The collapse is attributed to overinvestment, untested business models, and a shift in investor sentiment from promises to tangible results."**

Coupled with the recent announcements of major venture capital firms shutting down, the market buzz is that this past year has been the worst out of the last ten years.

**The good news is** that the downturn appears to be levelling off and many pundits online see 2024 as a loosening of the investment opportunities for startups. Regardless, our very good fortune at selling patent licenses has enabled us to steam ahead with our technology development.

**Overall, this has been year of mixed fortunes.** Market conditions continue to improve in our favor, as the security problems are only getting worse. Small companies are under increasing threats *(a small professional business that suffers a ransomware attack has a 60% chance of being out of business within six months)* and the need for much better security technologies is getting a lot of strong press.

Please feel free to contact me directly if you wish additional information.

We are optimistic about the coming year, and wish TrustWrx stakeholders all the best for the holiday season and the year to come.

**George Sidman, CEO**
sidman@trustwrx.com
+1 .831.601.1776

© 2023 TrustWrx, Inc.


WILTSCHKO-00005836