# Exhibit I

TrustWrx

# Suprnet®

## The SMB Security Solution for Managed Services Providers



## Newsletter to TrustWrx Stakeholders

**April 25, 2025**

From George Sidman, CEO

---

**This newsletter will bring TrustWrx stakeholders current with our focus on the rapidly evolving Internet security needs of the Managed Service Providers (MSPs) that support the IT needs of small and medium sized businesses (SMBs) and the hybrid workforce – needs brought to the forefront by the pandemic and the shift to working from home.**

In the past eight months we have not only recovered completely from the major disruption of last summer, but we have successfully contracted with development teams in the Philippines and Poland who have now built the major part of the SuprNet platform. Please keep in mind that this is not a trivial or easy technology project. It is an entirely new secure ecosystem for Internet networks that will revolutionize how Internet privacy and security are achieved. It has broad applications across not only small networks, but in major enterprises, government and defense, and health care and manufacturing – securing any network of any size or configuration.

© 2025 TrustWrx, Inc.

TrustWrx SuprNets®

This is very intensive work, because working with remote programmers in distant time zones requires very thorough and detailed technical documentation and frequent late night and early morning video calls. But we have no choice. The programmers we now have in the Philippines and Poland contract for less than $45 per hour. A programmer of equivalent skills in Silicon Valley would cost more than $250,000 per year.

---

## Suprnet®

The SuprNet brand continues to expand. Recently, we successfully trademarked the SuprNet product name. To that we have added additional security components that are critical to the new world of cloud computing.




**SuprNet** – The overall brand name for the new TrustWrx secure ecosystem for Managed Service Providers (MSPs), their SMB customers and the hybrid workforce. It dramatically improves on many aspects of business networking by eliminating the problematic VPN, rendering the edge network invisible to threats from the public Internet, and securing – for the first time – not only all connected computers, but all wireless IoT devices like cameras, smart thermostats and appliances, and medical and factory floor equipment.

**SuprAdmin** – The administrative web site where MSPs and their SMB customers can manage all aspects of their networks and their accounts, easy to use and free of technical jargon.

**SuprMesh** – The broader networking component, called mesh networking, that joins many SuprNets into a larger SuprNet, like a group of medical clinics or home and remote offices, and also securely connects all mobile devices like laptops and smartphones – all accomplished with a few clicks and free of technical jargon. SuprMesh federations operate locally or globally, providing point-to-point security without any exposure to the dangers of the public Internet.

**SuprNexus** – A totally new policy management concept that – also for the first time – will give all users complete control over the operating relationships between computers and devices, managing who can do what, with whom they may or may not connect, and under which policies and authorizations they may operate.

**SuprStart** – An installation utility that overcomes the difficulties of setting up a new SuprNet or installing a new SuprNet on an existing network. Previously the exclusive domain of skilled network engineers, SuprStart allows the remote installation of a new SuprNet Gateway by the MSP or an end-user with minimal computer skills, with only a few clicks on a web site.

© 2025 TrustWrx, Inc.

## Accelerated Technology Development Progress

As you may recall, last May we lost to cancer our CTO, Ken Stilwell. It took us until the end of July to sort out the complications with his software company in India, and fully understand the state of the software they had been developing for us. We determined it was a relationship that could not continue, so we expanded the technical specifications and set out to create new software developer relationships.

We were extremely fortunate to locate a highly skilled development team in the Philippines, Fulcrum Solutions. In August they took on the SuprStart project, and in December delivered it ready for integration into the SuprAdmin project, which they had commenced in November 2024. We anticipate that in a few weeks, the SuprAdmin/SuprStart project will be ready for internal testing.

In September we contracted with a highly sophisticated developer in Poland, who leveraged the network software recovered from India, and now has the major part of the Suprnet secure communications software in initial internal testing. This security code set is the company's basic and patented secret sauce. Developers that can code deep inside the router and on the cloud services are extremely rare, and we were extremely fortunate to find one of Michael's exceptional caliber.

## Preparing for the MSP Beta Test Program

We are now commencing discussions with potential MSPs that would be willing to participate in the MSP Beta Test Program. The purpose of the program is for the MSP to internally test the SuprNet solution in a testbed environment, and to identify areas for improvements that dovetail with the needs of their SMB customer networks. And we anticipate that the beta projects will quickly morph into paid accounts across the networks of their SMB customers.

## New Patent Licensing Program Commences

After we sold a patent license to Google last year, it was determined that the program under which licenses had been sold to Amazon, Apple and Microsoft and Google had run its course and we needed a different direction. The technologies protected under our two original patents, granted in 2004 and 2012, had been absorbed into our most recent patent, and their only residual value was in possible litigation settlements.

In January we entered into a brokerage agreement with Lou Carboneau of Tangible IP in Seattle. He successfully brokered the sale of the original two patents, held by our subsidiary, Anon-X, to a patent litigation fund. Under that agreement, the fund pays all legal costs for the lawsuits that will hopefully bring infringers to the table to settle. They have now filed their first lawsuit against ZOHO, a billion-dollar office products company, headquartered in India with major operations in the US. ZOHO offers a very successful private email solution that we allege infringes our patents.

© 2025 TrustWrx, Inc.


WILTSCHKO-00000512

TrustWrx SuprNets®

## Other Patent Activity

After we secured the Packet Passport patent last summer, we filed for a continuation patent, which is still pending. This allows us the opportunity to extend the original patent with new elements and claims. As we innovate our new approach to Internet security, we continue to discover fresh functionality that we weave into the technology. Some of those new ideas may be included in the pending continuation filing. Some others, of greater importance, will be the subject of a later patent.

## SuprNets and Quantum Computing

Over the past few years the buzz around quantum computing has accelerated with many articles that claim that, when quantum computing becomes a reality, it will threaten encryption. The US National Institute for Science and Technology (NIST) has now approved new quantum-resistive encryption algorithms. The SuprNet cryptography stack was designed to be highly adaptive to any algorithm and can easily swap in the newer quantum encryption capabilities when needed. Regardless, the three-level SuprNet cryptography stack was designed to be so difficult to compromise that we believe it to be natively quantum-resistant.

## The Financial Picture

The uncertainties of 2024 and the disruptions to the financial markets this year have slowed down venture investing and the appetites of private investors. We continue to pursue a $2 Million seed round and are working with various parties whose capital raising track records are very strong. Even though cybersecurity is the second hottest investment ticket, behind AI, finding investors that can understand TrustWrx and our SuprNets has proven difficult.

## Recent Publications

To increase our presence in the marketplace, we have begun publishing a series of articles that touch on market sensitive issues and the SuprNet breakthrough.

> **Fixing the Internet's Fundamental Flaw with Trustworthy Packets**
> Giving IP Packets a Trusted Identity to Dramatically Improve Internet Security.
>
> **Why Quantum Computers Will Never be a Threat to Encryption**
> The Qubit Noise, Scaling & Memory Barriers Remain Insurmountable.

**Finally** – Market conditions continue to improve in our favor, as the security problems are only getting worse.  Shockingly, the worldwide financial losses to cybercrime now add up to the third largest industry globally. Small companies are under increasing threats and the need for much better security technologies has now become critical.

Please feel free to contact me directly if you wish additional information.

**George Sidman,** CEO
sidman@trustwrx.com
+1 .831.601.1776

© 2025  TrustWrx, Inc.