# Exhibit J

| Attorney or Party without Attorney: Ryan Marton (SBN 223979) MARTON RIBERA SCHUMANN & CHANG LLP 548 MARKET STREET SUITE 36117 SAN FRANCISCO, CA 94104 Telephone No: (415) 360-2516 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Zoho Corporation Pvt. Ltd. | | Ref. No. or File No.: Knossos V. Zoho | | |
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS | | | | |
| Plaintiff: Knossos Global Systems LLC Defendant: Zoho Corporation Pvt. Ltd. | | | | |
| **PROOF OF SERVICE** | Hearing Date: 10/6/2026 | Time: 10:00 am | Dept/Div: | Case Number: 2:25-cv-00414-JRG-RSP |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

3. *a. Party served:* TrustWrx, Inc.
   *b. Person served:* Allison Rathmanner, Authorized to Accept Service for HARVARD BUSINESS SERVICES, INC., Agent.

4. *Address where the party was served:* 16192 Coastal Highway, Lewes, DE 19958

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Sep 21 2026 (2) at: 09:00 AM

6. ***Person Who Served Papers:***
   a. Lori Millar
   **b. FIRST LEGAL**
   1939 HARRISON STREET, SUITE 818
   OAKLAND, CA 94612
   c. (415) 626-3111

   **d. *The Fee*** *for Service was:*

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

09/21/2026
*(Date)*

Lori
*(Signature)*