# Exhibit K

Outlook

**Re: Knossos v. Zoho: Document Deficiencies**

**From** C. Matthew Rozier <matt@rhmtrial.com>
**Date** Wed 10/14/2026 2:19 PM
**To** Ryan Marton <ryan@martonribera.com>; Andrew Gordon-Seifert <andrew@rhmtrial.com>; Phil Haack <phaack@martonribera.com>; Jim McDonough <jim@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; Service <service@rhmtrial.com>
**Cc** Hector Ribera <hector@martonribera.com>; Songmee Connolly <songmee@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>; Tecuan Flores <Tecuan@martonribera.com>; Joseph Gray <Joey@martonribera.com>; Valerie Barker <Valerie@martonribera.com>

Ryan,

Given the burden a deposition would impose on Mr. Smith under these circumstances, we do not intend to make him available for deposition in the future absent some showing that he possesses specific relevant knowledge or testimony that cannot reasonably be obtained from another source. As discussed, our understanding is that Mr. Smith was on the sale side, and we've heard no plausible explanation for how any information he could have could affect claimer defense in this case. Mr. Smith has informed us that he has searched and that he doesn't remember anything about the company. He is elderly, and his wife is in the hospital.

Separately, Knossos would object to the deposition as unduly burdensome and duplicative. Zoho has embarked on a campaign of overly burdensome and overly numerous depositions. The number and purpose of those depositions have been untethered from the issues in the case. There's no valid basis or reason to take these depositions that you have been able to explain to us.

For the reasons explained in our prior email, Mr. Sidman is available for one day, November 4. If, at the conclusion of that day, there is a genuine need (that Zoho can explain in detail) for additional testimony that could not reasonably have been completed within the first day, we are of course willing to discuss making him available for additional time.

I can meet and confer now if you would like to handle that. You can call me at the number below.

Regards,

Matt

**C. Matthew Rozier**
**Rozier Hardt McDonough PLLC**
202.316.1591
matt@rhmtrial.com
rhm. ROZIER HARDT McDONOUGH PLLC

**From:** Ryan Marton <ryan@martonribera.com>
**Date:** Wednesday, October 14, 2026 at 10:04 AM
**To:** Andrew Gordon-Seifert <andrew@rhmtrial.com>; Phil Haack <phaack@martonribera.com>; Jim

McDonough <jim@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; Service <service@rhmtrial.com>
**Cc:** Hector Ribera <hector@martonribera.com>; Songmee Connolly <songmee@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>; Tecuan Flores <Tecuan@martonribera.com>; Joseph Gray <Joey@martonribera.com>; Valerie Barker <Valerie@martonribera.com>
**Subject:** Re: Knossos v. Zoho: Document Deficiencies

Andrew, following up on the below. Do you have a proposal for Mr. Smith's deposition? Also, please provide two dates for Mr. Sidman's/Anon-x/Trustwrx depositions. If you are not willing to provide these dates, please let me know when you are available for a meet and confer. Thanks

---

**From:** Ryan Marton <ryan@martonribera.com>
**Date:** Tuesday, October 6, 2026 at 8:41 AM
**To:** Andrew Gordon-Seifert <andrew@rhmtrial.com>; Phil Haack <phaack@martonribera.com>; Jim McDonough <jim@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; Service <service@rhmtrial.com>
**Cc:** Hector Ribera <hector@martonribera.com>; Songmee Connolly <songmee@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>; Tecuan Flores <Tecuan@martonribera.com>; Joseph Gray <Joey@martonribera.com>; Valerie Barker <Valerie@martonribera.com>
**Subject:** Re: Knossos v. Zoho: Document Deficiencies

Hi Andrew,

Thanks for your email and thanks for confirming Mr. Vegesna's and Mr. Gross's deposition dates. We are looking into dates for Mr. Ranganathan and will get back to you.

I am sorry to hear about Mr. Smith's family issues. Unfortunately, he is an important witness having been the CEO of Webloq during the entire time it tried to commercialize the asserted patents. We will need to take his deposition - but can do so in any way that accommodates his schedule and other limitations. We can do it remotely, any day of the week, at any time and schedule short sessions over several days, if needed. Please inquire into what would work for him.

Regarding Sidman, given that he is testifying as an individual inventor and in response to two separate 30(b)(6) subpoena's (Anon-X and Trustwrx), we are entitled to at least two days of deposition time. *Genband US LLC v. Metaswitch Networks Corp.*, No. 2:14-cv-33-JRG-RSP (E.D. Tex. May 21, 2015) (Granting motion for additional deposition time because "[t]he Court having determined that the deponent was properly noticed for both an individual deposition and a Rule 30(b)(6) deposition, Defendants should not have unilaterally terminated the deposition after 7 hours under Rule 30(d)(1)."); *S. Texas Neon Sign Co. v. Ixtapa, Inc.*, No. CV L-08-0116, 2009 WL 10695795, at *1 (S.D. Tex. June 2, 2009) (requiring witness to be deposed for seven hours in his individual capacity and for seven hours as corporate representative); *Sabre v. First Dominion Capital, LLC*, 2001 WL 1590544 at *1 (S.D.N.Y. 2001) ("As a separate deposition that probes the knowledge of the entity and not the personal knowledge of the individual testifying, a 30(b)(6) deposition should be subject to its own independent seven-hour limit."). We will be as efficient as possible - and aim to get this done in under 12 hours of deposition time - but need to schedule two days. Please provide us with two days for him. Otherwise, let us know when you are available to meet and confer on the issue.

Thanks,
Ryan

---

**From:** Andrew Gordon-Seifert <andrew@rhmtrial.com>
**Date:** Monday, October 5, 2026 at 11:27 AM
**To:** Ryan Marton <ryan@martonribera.com>; Phil Haack <phaack@martonribera.com>; Jim McDonough <jim@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; Service <service@rhmtrial.com>
**Cc:** Hector Ribera <hector@martonribera.com>; Songmee Connolly <songmee@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>; Tecuan Flores <Tecuan@martonribera.com>; Joseph Gray <Joey@martonribera.com>; Valerie Barker <Valerie@martonribera.com>
**Subject:** Re: Knossos v. Zoho: Document Deficiencies

Ryan,

November 5 works for us for the deposition of Mr. Vegesna. We are available to begin at 9:00 a.m. Central Time.

Unfortunately, November 6 will not work for us for the deposition of Mr. Raganathan due to conflicts in other matters. We are available to take Mr. Raganathan's deposition on any of the following dates:

- November 9 (November 10 in India) - beginning at 10:30 p.m. Central Time
- November 10 (November 11 in India) - beginning at 10:30 p.m. Central Time
- November 17 (November 18 in India) - beginning at 10:30 p.m. Central Time
- November 18 (November 19 in India) - beginning at 10:30 p.m. Central Time
- November 19 (November 20 in India) - beginning at 10:30 p.m. Central Time

Please let us know whether Mr. Raganathan is available on any of those dates.

Regarding witnesses on our side:

We confirm Mr. Gross's deposition for October 29.

With respect to Mr. Smith, we had lost contact with him for some time but were able to reconnect with him at the end of last week. We learned that Mr. Smith's wife has been hospitalized with significant medical issues, including dementia, and that Mr. Smith is her primary caretaker when she is not hospitalized. Her hospitalization and ongoing medical needs have required a substantial amount of Mr. Smith's time and attention and have understandably placed considerable stress on him. Additionally, as we have previously explained, Mr. Smith is elderly and has little to no recollection of anything specifically related to his time at WebLOQ or Privato, which was more than ten years ago. Given his age, his current family circumstances, his ongoing caregiving responsibilities, his status as a third-party witness, and his very limited recollection of the matters at issue, requiring him to prepare for and sit for a deposition at this time would impose a substantial burden, particularly in light of the limited value his testimony is likely to provide.

Accordingly, given his wife's hospitalization, Mr. Smith is no longer available for deposition on October 8. Given the burden a deposition would impose on Mr. Smith under these circumstances, we do not

intend to make him available for deposition in the future absent some showing that he possesses specific relevant knowledge or testimony that cannot reasonably be obtained from another source.

As to Mr. Sidman, we do not believe two days of deposition testimony are warranted at this time, particularly given Mr. Sidman's status as a third-party witness. We therefore plan to make Mr. Sidman available for one day, November 4. If, at the conclusion of that day, there is a genuine need for additional testimony that could not reasonably have been completed within the first day, we are of course willing to discuss making him available for additional time.

Best,

Andrew

**Andrew Gordon-Seifert**
**Rozier Hardt McDonough PLLC**
401-954-7420
andrew@rhmtrial.com

---

**From:** Ryan Marton <ryan@martonribera.com>
**Date:** Thursday, October 1, 2026 at 8:29 AM
**To:** Andrew Gordon-Seifert <andrew@rhmtrial.com>; Phil Haack <phaack@martonribera.com>; Jim McDonough <jim@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; Service <service@rhmtrial.com>
**Cc:** Hector Ribera <hector@martonribera.com>; Songmee Connolly <songmee@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>; Tecuan Flores <Tecuan@martonribera.com>; Joseph Gray <Joey@martonribera.com>; Valerie Barker <Valerie@martonribera.com>
**Subject:** Re: Knossos v. Zoho: Document Deficiencies

Andrew,

Raju Vegesna is available on the November 5th. Jagan Raganathan is available on November 6th. Time to be confirmed.

Also, please confirm that Smith will be on 10/8 and Gross on 10/29. Regarding Sidman, if he is testifying on behalf of himself, Anon-X and Trustwrx, we will need him for more than one day. Can we take his deposition on November 3 and 4th? If not, please propose two other preferably consecutive days.

Thanks,
Ryan

---

**From:** Andrew Gordon-Seifert <andrew@rhmtrial.com>
**Date:** Monday, September 28, 2026 at 1:59 PM
**To:** Ryan Marton <ryan@martonribera.com>; Phil Haack <phaack@martonribera.com>; Jim McDonough <jim@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; Service <service@rhmtrial.com>
**Cc:** Hector Ribera <hector@martonribera.com>; Songmee Connolly <songmee@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>; Tecuan Flores <Tecuan@martonribera.com>
**Subject:** Re: Knossos v. Zoho: Document Deficiencies

Following up:

Sidman is available November 4

Gross is available October 29

**Andrew Gordon-Seifert**
**Rozier Hardt McDonough PLLC**
401-954-7420
andrew@rhmtrial.com
rhm. ROZIER HARDT McDONOUGH PLLC

---

**From:** Andrew Gordon-Seifert <andrew@rhmtrial.com>
**Date:** Monday, September 28, 2026 at 2:05 PM
**To:** Ryan Marton <ryan@martonribera.com>; Phil Haack <phaack@martonribera.com>; Jim McDonough <jim@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; Service <service@rhmtrial.com>
**Cc:** Hector Ribera <hector@martonribera.com>; Songmee Connolly <songmee@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>; Tecuan Flores <Tecuan@martonribera.com>
**Subject:** Re: Knossos v. Zoho: Document Deficiencies

Unfortunately October 14 will not work either—the following week or later should have more availability on our side.

For Gross and Sidman—I will follow up and get back to you.

**Andrew Gordon-Seifert**
**Rozier Hardt McDonough PLLC**
401-954-7420
andrew@rhmtrial.com
rhm. ROZIER HARDT McDONOUGH PLLC

---

**From:** Ryan Marton <ryan@martonribera.com>
**Date:** Monday, September 28, 2026 at 1:53 PM
**To:** Andrew Gordon-Seifert <andrew@rhmtrial.com>; Phil Haack <phaack@martonribera.com>; Jim McDonough <jim@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; Service <service@rhmtrial.com>
**Cc:** Hector Ribera <hector@martonribera.com>; Songmee Connolly <songmee@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>; Tecuan Flores <Tecuan@martonribera.com>
**Subject:** Re: Knossos v. Zoho: Document Deficiencies

Mr. Vegesna could be available on 10/14. Does that work? If not, I can ask for other dates.

Also, were you able to find a date for Mr. Gross in last week of October and date for Sidman in the first week of November?

---

**From:** Andrew Gordon-Seifert <andrew@rhmtrial.com>
**Date:** Monday, September 28, 2026 at 12:34 PM
**To:** Phil Haack <phaack@martonribera.com>; Jim McDonough <jim@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; Service <service@rhmtrial.com>
**Cc:** Hector Ribera <hector@martonribera.com>; Songmee Connolly <songmee@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>; Ryan Marton <ryan@martonribera.com>; Tecuan Flores <Tecuan@martonribera.com>

**Subject:** Re: Knossos v. Zoho: Document Deficiencies

Phil:

Following up on deposition dates for Zoho witnesses. The 13th works for us, but we are not available the 15th. Does Mr. Vegesna have any dates available in late October?

Best,

Andrew

**Andrew Gordon-Seifert**
**Rozier Hardt McDonough PLLC**
401-954-7420
andrew@rhmtrial.com

---

**From:** Phil Haack <phaack@martonribera.com>
**Date:** Thursday, September 24, 2026 at 1:36 PM
**To:** Andrew Gordon-Seifert <andrew@rhmtrial.com>; Jim McDonough <jim@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; Service <service@rhmtrial.com>
**Cc:** Hector Ribera <hector@martonribera.com>; Songmee Connolly <songmee@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>; Ryan Marton <ryan@martonribera.com>; Tecuan Flores <Tecuan@martonribera.com>
**Subject:** Re: Knossos v. Zoho: Document Deficiencies

Hi Andrew,

We are still working on deposition dates but we have confirmed that Jonathan Thomas will be deposed remotely on 10/1 at 1pm Eastern, Evan Buswell will be remote on 10/6 at 9am Pacific. I believe Neal Smith is set for 10/8, but please confirm.

Alexandra Hantsbarger is available on 10/13, and Raju Vegesna is available on 10/15. We are working on the rest of the dates.

Would the last week of October work for Mr. Gross and the first week of November for Mr. Sidman?

I hope to have an update on the other items below by early next week.

Best,
Phil

---

**From:** Andrew Gordon-Seifert <andrew@rhmtrial.com>
**Date:** Thursday, September 24, 2026 at 9:29 AM
**To:** Phil Haack <phaack@martonribera.com>; Jim McDonough <jim@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; Service <service@rhmtrial.com>
**Cc:** Hector Ribera <hector@martonribera.com>; Songmee Connolly <songmee@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>; Ryan Marton <ryan@martonribera.com>; Tecuan Flores <Tecuan@martonribera.com>

**Subject:** Re: Knossos v. Zoho: Document Deficiencies

Phil,

Just checking in on the status of the outstanding items below. Please let us know if you have a sense of when we can expect the remaining responses and productions.

Also, Ryan mentioned in an email on the 21st that Zoho would be providing proposed dates for the depositions. Please let us know if you have those dates yet.

Thanks,

Andrew

**Andrew Gordon-Seifert**
**Rozier Hardt McDonough PLLC**
401-954-7420
andrew@rhmtrial.com

---

**From:** Phil Haack <phaack@martonribera.com>
**Date:** Friday, September 4, 2026 at 10:20 AM
**To:** Andrew Gordon-Seifert <andrew@rhmtrial.com>; Jim McDonough <jim@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; Service <service@rhmtrial.com>
**Cc:** Hector Ribera <hector@martonribera.com>; Songmee Connolly <songmee@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>; Ryan Marton <ryan@martonribera.com>
**Subject:** Re: Knossos v. Zoho: Document Deficiencies

Andrew:

Is your team available to discuss either Monday or Tuesday? We would also like to discuss the outstanding deposition dates we are waiting on.

Thanks,
Phil

---

**From:** Andrew Gordon-Seifert <andrew@rhmtrial.com>
**Date:** Thursday, September 3, 2026 at 7:50 PM
**To:** Phil Haack <phaack@martonribera.com>; Jim McDonough <jim@rhmtrial.com>; C. Matthew Rozier <matt@rhmtrial.com>; Jonathan Hardt <hardt@rhmtrial.com>; Service <service@rhmtrial.com>
**Cc:** Hector Ribera <hector@martonribera.com>; Songmee Connolly <songmee@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>; Ryan Marton <ryan@martonribera.com>
**Subject:** Re: Knossos v. Zoho: Document Deficiencies

Phil,

Thank you for your response. We further understand from your email below that you have confirmed Zoho's production commitments identified below, as well as the additional items that Zoho is continuing