# Exhibit L

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| GENBAND US LLC<br><br>v.<br><br>METASWITCH NETWORKS CORP., ET AL. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 2:14CV33-JRG-RSP |

**ORDER**

Before the Court are various discovery motions asserted by each side. For the reasons set forth during the May 21, 2015 hearing, the Court hereby rules as follows:

**Emergency Motion For Protective Order Of Metaswitch Networks (Dkt. No. 155):** The Court having determined that the disputed topics are within the scope of reasonable discovery with respect to the counterclaims asserted by Defendants in this case, the motion is **DENIED**.

**GENBAND'S Motion to Compel Duncan Archer To Appear For Completion Of Deposition (Dkt. No. 160):** The Court having determined that the deponent was properly noticed for both an individual deposition and a Rule 30(b)(6) deposition, Defendants should not have unilaterally terminated the deposition after 7 hours under Rule 30(d)(1). Accordingly, the motion is **GRANTED** and Defendants are directed to produce the deponent for a further deposition of up to three hours in Dallas, Texas upon reasonable notice.

**Emergency Motion to Compel Documents and Information Related to the Nortel CVAS Acquisition (Dkt. No. 165):** The Court having determined that Defendants have failed to show that Plaintiff has not produced any discoverable documents in its possession, and further that the Defendants did not meet and confer properly with Plaintiff about the contents of Appendix A to the motion before filing the motion, the motion is DENIED. However, the

parties are directed to meet and confer and report to the Court next week concerning the most expeditious and efficient way to obtain from third parties copies of any licenses or cross-licenses affecting the rights or standing of Plaintiff to enforce the patents-in-suit. Plaintiff is further directed to continue to use its best efforts to facilitate Nortel's production of relevant documents.

**Metaswitch's Emergency Motion to Compel 30(b)(6) Testimony Related to the Nortel CVAS Acquisition (Dkt. No. 166):** The Court having determined that Plaintiff designated adequate representatives to testify concerning the topics at issue, and that they were reasonably prepared concerning the knowledge of Plaintiff about the relevant topics, the motion is DENIED.

**Expenses:** The Court having determined that the position of Defendants was not substantially justified, and that there are no other circumstances making an award of expenses unjust, Defendants are hereby ordered to pay the Plaintiff within 30 days the expenses of all four motions, including the attorney's fees reasonably incurred in briefing the issues and appearing at the hearing. If the parties are unable to agree upon a reasonable amount, Plaintiff is directed to file a motion to fix the expenses within 45 days.

**SIGNED this 21st day of May, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE