**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZOHO CORPORATION PVT. LTD., Movant, v. TRUSTWRX, INC., Respondent. | Case No. 1:26-at-03838<br><br>Underlying Action: *Knossos Glob. Sys. LLC v. Zoho Corp. Pvt. Ltd.*, 2:25-cv-00414 (E.D. Tex.)<br><br>**[PROPOSED] ORDER GRANTING ZOHO CORPORATION PRIVATE LIMITED'S MOTION TO COMPEL THIRD-PARTY TRUSTWRX, INC.'S COMPLIANCE WITH SUBPOENAS** |

The Court, having reviewed and considered Movant Zoho Corporation Private Limited ("Zoho")'s Opposed Motion to Compel TrustWrx, Inc.'s Compliance with Third-Party Subpoenas, finds that the Motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that within seven days of this Oder, (1) TrustWrx to produce all responsive and nonprivileged documents; (2) TrustWrx to provide a sworn declaration identifying the custodians and repositories searched, and records known to have been lost or destroyed; (3) TrustWrx identify the disposition of records it cannot produce, consistent with Instruction No. 7 of Zoho's document subpoena; and (4) TrustWrx provide a corporate representative for a separate corporate deposition on the noticed topics, without conditioning such testimony on the combination of that deposition with Mr. Sidman's individual deposition.